## In re PIERCE.

### (District Court, D. Washington, S. D. July 11, 1900.)

BANKRUPTCY—JURISDICTION—PROPERTY OF DECEASED PARTNER—ADMINISTRATION—POSSESSION OF ADMINISTRATOR.

Upon the filing of a petition in bankruptcy by one individually and as surviving partner of a late co-partnership, the bankruptcy court has complete jurisdiction over the partnership estate, although such estate, together with the personal estate of the deceased partner, was in course of administration in a state court before the petition in bankruptcy was filed, provided possession of the partnership assets can be obtained by the referee without forcibly interfering with the custody of the administrator.

### In Bankruptcy.

The following is the certificate of R. D. McCully, referee in bankruptcy:

"I, R. D. McCully, one of the referees of said court in bankruptcy, do hereby certify that in the course of the proceedings in said cause before me the following question arose pertinent to the said proceedings: The bankrupt files his petition in bankruptcy, both individually and as surviving partner of the late firm of D. W. Pierce & Son. By his schedules he sets forth: (1) The indebtedness of the partnership estate (Schedule A, 1, 2, 3); (2) property of partnership estate (Schedule B, 1, 2, 3); (3) individual property of bankrupt (Schedule C, 1, 2). The partnership estate, together with the personal estate of the deceased partner, Daniel Winchester Pierce, was in course of administration in the superior court for Klickitat county some months before bankrupt's petition was filed, and the property belonging to the partnership estate was then, and still is, in the hands of the administrator of said estate. The estate of Daniel Winchester Pierce, deceased, including the partnership estate, is hopelessly insolvent. Has the bankruptcy court any jurisdiction over the partnership estate? If so, to what extent? And said question is certified to the judge for his opinion thereon."

102 F.—62

HANFORD, District Judge. Upon consideration of the certificate of R. D. McCully, referee, submitting the question: "Has the bankruptcy court any jurisdiction over the partnership estate? If so, to what extent?"—it is considered by the court that this court has complete jurisdiction of this case, and jurisdiction over the partnership estate of the late firm of D. W. Pierce & Son, provided possession of the assets can be obtained by the referee without forcibly interfering with property in the legal custody of an administrator. If the administrator will voluntarily surrender possession of the estate, the trustee may take it; but the trustee cannot take possession of any property of which the administrator has custody without his consent.